64

(No. 6825 ▮▮▮▮▮▮▮▮▮)

DA-COM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed September 19, 1972.*

DA-COM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PERLIN, C.J.

▮▮▮▮▮▮

(No. 6478 ▮▮▮▮▮▮▮▮▮▮)

THE PERKINS & WILL PARTNERSHIP, An Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed September 22, 1972.*

WILLIAM J. HURLEY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PERLIN, C.J.